Frank Meyerhoefer, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

New York Consolidated Railroad Company, Respondent, v. The City of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it does not affirmatively appear that an examination of an account is involved.† Jenks, P. J., Burr, Thomas and Stapleton, JJ., concurred; Rich, J., dissented.

Matthew O'Brien, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Julia O'Connor, as Executrix, etc., Respondent, v. Maria B. Fuller, as Executrix, etc., Defendant, Impleaded with Fuller & O'Connor Construction Company, Appellant.— Judgment and order reversed, upon the ground that evidence should have been received as to the indebtedness of the company, and a new trial granted, costs to abide the event. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Adolph F. Pape, Appellant, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Jaycox at Special Term. (Reported in 84 Misc. Rep. 554.) Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Emory B. Remington, Respondent, v. Shults Bread Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Burr, J., dissented upon the ground that, in view of plaintiff's bill of particulars, which states that the wagon which injured plaintiff was marked "Droste Bakery Wagon No. 2," the charge of the trial justice to the effect that if plaintiff was injured by any wagon of the defendant on the evening in question, even if it was not wagon No. 2, plaintiff was entitled to recover, was erroneous.

Louis V. Sterling, Appellant, v. Roscoe S. Peale, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

* See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 81, as amd. by Laws of 1910, chap. 106; since amd. by Laws of 1913, chap. 286.— [REP.

† See Code Civ. Proc. § 1013.— [REP.